J. E. GATES, E. W. BROWN, C. L. HEATH, WALTER O. LAHRMAN, D. C. HULL and R. H. BROWN, *Relators*, v. M. G. ROWE, Circuit Judge, *Respondent*.

En Banc.

Original Prohibition.

Decision filed July 19, 1928.

*Hull, Landis & Whitehair*, for Relators;

*M. G. Rowe, in pro. per.*, for Respondent.

PER CURIAM.—A rule in prohibition was issued in this cause, and the petition was demurred to. On the authority of Earl W. Brown et al., v. M. G. Rowe, circuit judge, this day filed, the demurrer to the petition herein is overruled.

ELLIS, C. J., AND WHITFIELD AND TERRELL AND STRUM AND BROWN AND BUFORD, J. J., concur.